# EXHIBIT A

# AllianceOne

February 25, 2026

AllianceOne Receivables Management, Inc.
3 Valley Square
512 Township Line Road Ste. 301
Blue Bell, PA 19422
800-848-3304 from 8am to 6pm PT, Monday-Friday
www.allianceoneinc.com

To KEVIN XAVIER KNIGHT
510 NW 19TH ST
MIAMI FL 33136-1224

Reference: AND30656308

**AllianceOne Receivables Management, Inc. is a debt collector. We are trying to collect a debt that you owe to JACKSON HEALTH SYSTEM. We will use any information you give us to help collect the debt.**

## Our information shows:

You have an account with JACKSON HEALTH SYSTEM with account number 40024785170.

| | |
|---|---|
| As of May 9, 2025, you owed: | $3582.56 |
| Between May 9, 2025 and today: | |
| You were charged this amount in interest: | + $0.00 |
| You were charged this amount in fees: | + $0.00 |
| You paid or were credited this amount toward the debt: | - $0.00 |
| **Total amount of the debt now:** | **$3,582.56** |

## How can you dispute the debt?

☎ **Call or write to us by April 11, 2026, to dispute all or part of the debt.** If you do not, we will assume that our information is correct.

⏱ **If you write to us by April 11, 2026, we must stop collection** on any amount you dispute until we send you information that shows you owe the debt. You may use the form below or write to us without the form. You may also include supporting documents. We accept disputes electronically at a1.disputes@allianceoneinc.com.

## What else can you do?

✎ **Write to ask for the name and address of the original creditor, if different from the current creditor.** If you write by April 11, 2026, we must stop collection until we send you that information. You may use the form below or write to us without the form. We accept such requests electronically at a1.disputes@allianceoneinc.com.

🏛 **Go to www.cfpb.gov/debt-collection to learn more about your rights under federal law.** For instance, you have the right to stop or limit how we contact you.

👤 Contact us about your payment options. Payments can be made online at http://jacksonhealth.org

❓ Póngase en contacto con nosotros para solicitar una copia de este formulario en español.

*Notice: See reverse side for important information.*

---

Detach bottom portion and return payment to the address below
Send all other inquiries to the address on the reverse side of this notice

5004-O JAK-AND-5004-87

PO Box 1259
Dept. 114164
Oaks, PA 19456

↑ Mail return address only; send no letters

KEVIN XAVIER KNIGHT
510 NW 19TH ST
MIAMI FL 33136-1224

## How do you want to respond?

*Check all that apply:*
☐ **I want to dispute the debt because I think:**
  ☐ This is not my debt. ☐ The amount is wrong.
  ☐ Other (please describe on reverse or attach additional information).

☐ **I want you to send me the name and address of the original creditor.**

☐ I enclosed this amount: $ _____

Call us toll free: 800-848-3304
Make your check payable to *Jackson Memorial*
Include the reference number 30656308

☐ **Quiero este formulario en español.**

⬇ **Mail payment to:**

Jackson Memorial
PO BOX 864735
ORLANDO FL 32886-4735

JAK 00000040024785170 30656308 0 00000000 0000358256 0000000000 2